UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA

FAUSTINA MENDOZA DE SANDOVAL, )
    Plaintiff, )
) NO. 1:23-cv-00485-JEP
v. )
)
MARTIN O'MALLEY, )
  Commissioner of Social Security, )
    Defendant. )

## JUDGMENT

Pursuant to the Order entered contemporaneously herewith, ordering the remand of this action for further administrative proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g),

IT IS ORDERED, ADJUDGED, AND DECREED that under sentence four of 42 U.S.C. § 405(g) the decision of the Commissioner is REVERSED and the matter is REMANDED for further administrative proceedings, and that final judgment of this Court is entered pursuant to Rule 58 of the Federal Rules of Civil Procedure

This, the 11th day of April, 2024.

                                            /s/ Joi Elizabeth Peake
                                        United States Magistrate Judge